FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 2 2 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

VANDIVER ELIZABETH GLENN,
f/k/a GLENN MORRISON,

    Plaintiff,

v.

SEWELL R. BRUMBY,
GLENN RICHARDSON,
CASEY CAGLE,
ERIC JOHNSON, and
ROBYN J. UNDERWOOD, all
in their official capacities,

    Defendants.

Case No. 1 08-CV-2360 RWS

CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT
PURSUANT TO LOCAL RULE 3.3

(1) The undersigned counsel of record for the Plaintiff in this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

PLAINTIFF:
Vandiver Elizabeth Glenn

DEFENDANTS:

Sewell R. Brumby
Glenn Richardson
Casey Cagle
Eric Johnson
Robyn J. Underwood

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
Gregory R. Nevins
GA State Bar No. 539529
Cole Thaler
GA State Bar No. 385137
730 Peachtree St. NE, Suite 1070
Atlanta, GA 30308
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
ATTORNEYS FOR PLAINTIFF


The following attorney responded to Plaintiff's demand letter and stated that he represents the General Assembly's Office of Legislative Counsel with respect to Plaintiff's potential claim:

HOLLAND & KNIGHT LLP
Robert S. Highsmith, Jr.
One Atlantic Center, Suite 2000
1201 West Peachtree St. NE
Atlanta, GA 30309
Telephone: (404) 817-8500
Facsimile: (404) 881-0470

Submitted this 22nd day of July, 2008.

> Respectfully submitted,
>
> LAMBDA LEGAL DEFENSE
> AND EDUCATION FUND, INC.
>
> By: *Gregory Nevins/CT*
> Gregory R. Nevins
> GA State Bar No. 539529
> Cole Thaler
> GA State Bar No. 385137
> 730 Peachtree St. NE, Suite 1070
> Atlanta, GA 30308
> Telephone: (404) 897-1880
> Facsimile: (404) 897-1884
>
> ATTORNEYS FOR PLAINTIFF