## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| VANDIVER ELIZABETH GLENN, )<br>f/k/a GLENN MORRISON, )<br>　　　　　　　　　　　　　　　　)<br>　　Plaintiff　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>SEWELL R. BRUMBY, GLENN　　)<br>RICHARDSON, CASEY CAGLE,　)<br>ERIC JOHNSON and ROBYN J.　)<br>UNDERWOOD, all in their　　　　)<br>official capacities,　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　Defendants.　　　　　　　　　)<br>　　　　　　　　　　　　　　　　) | CIVIL ACTION NO.<br>1 08-CV-2360 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this day served a copy of the within and foregoing **DEFENDANT SEWELL R. BRUMBY'S FIRST CONTINUING INTERROGATORIES TO PLAINTIFF** upon counsel for all parties by electronically filing the same with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following attorneys of record:

　　　　　　　　　　　Gregory R. Nevins
　　　　　　　　　　　Cole Thaler

LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
730 Peachtree Street, N.E.
Suite 1070
Atlanta, GA 30308

This **1st** day of December, 2008.

*/s/ Richard N. Sheinis*
Richard N. Sheinis
Georgia Bar No. 639865
*Attorney for Defendants*

**HALL BOOTH SMITH & SLOVER, P.C.**
Atlantic Center Plaza, Suite 900
1180 West Peachtree Street, NW
Atlanta, GA  30309
(404) 954-5000