## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

VANDIVER ELIZABETH GLENN
f/k/a GLENN MORRISON,

                 Plaintiff,

vs.

SEWELL R. BRUMBY, in his official
capacity,

                 Defendant.

CIVIL ACTION FILE

NO. 1:09-CV-2360-RWS

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of motions for summary judgment by the parties in its Order of July 2, 2010 [Doc. No. 70], and Plaintiff's Motion for Summary Judgment [Doc. No. 37] having been granted as to the First Claim for Relief and denied as to the Second Claim for Relief; and Defendant's Motion for Summary Judgment [Doc. No. 46] having been denied as to the First Claim for Relief and granted as to the Second Claim for Relief , it is

**Ordered and Adjudged** that judgment is entered in favor of Plaintiff, with reinstatement to her job as an editor in the Georgia General Assembly's Office of Legislative Counsel and additional remedies as set forth in the court's Orders of August 3, 2010 [Doc. No. 73], August 9, 2010 [Doc. No. 74] and September 15, 2010

[Doc. No. 76], that Plaintiff recover her costs of this action, and the action be, and the

same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 16th day of September, 2010.


                                                    JAMES N. HATTEN
                                                    CLERK OF COURT

                                             By:  s/Pamela Wright_____
                                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  September 16, 2010
James N. Hatten
Clerk of Court

By:___s/Pamela Wright_____
         Deputy Clerk