UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

_____

VANDIVER ELIZABETH GLENN,
f/k/a GLENN MORRISON,

     Plaintiff,

         v.                            Case No. 1:08-CV-2360-RWS

SEWELL R. BRUMBY,
in his official capacity,

     Defendant.

_____

**PLAINTIFF'S NOTICE OF CROSS-APPEAL**

Notice is hereby given that Vandiver Elizabeth Glenn, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from that portion of the final judgment of this court, entered in this action on September 16, 2010, entering judgment against her on her Second Claim for Relief.

Respectfully submitted,
**Attorneys for Plaintiff**


Gregory R. Nevins (GA Bar No. 539529)
Lambda Legal Defense and Educ. Fund, Inc.
730 Peachtree St. NE, Suite1070
Atlanta, GA 30308
(404) 897-1880

## **Certification under L.R. 7.1D**

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned

counsel for Plaintiff certifies that the above document is a computer document

prepared in Times New Roman (14 point) font in accordance with Local Rule

5.1B.

So certified this 27th day of October, 2010.

LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.

*/s/ Gregory R. Nevins*_____
   Gregory R. Nevins
   GA State Bar No. 539529
   730 Peachtree St. NE, Suite 1070
   Atlanta, GA 30308
   Telephone: (404) 897-1880
   Facsimile:  (404) 897-1884
   ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this day served a copy of the within and foregoing Notice of Cross-Appeal upon counsel for all parties by electronically filing the same with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following attorneys of record:

Richard N. Sheinis
Nichole L. Hair
**HALL, BOOTH, SMITH & SLOVER, P. C.**
1180 West Peachtree Street, N.W.
Atlantic Center Plaza, Suite 900
Atlanta, Georgia 30309
404.954.5000

This 27th day of October, 2010
*/s/ Gregory R. Nevins*
Gregory R. Nevins, GA Bar No. 539529
Attorney for Plaintiff